UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                           )    Case No. 03-57237 ASW
PHOTONIKIO, INC.                                )
                                                )    Chapter No. 7
                                                )
                                                )
                                                )    Application for Unclaimed Dividends
Debtor(s)                                       )    and Certificate of Service
                                                )

I am applying for funds in the amount of $ 3,314.31 which have been paid into the court by the trustee in this case for the following creditor.

   Name Agilent Technologies, Inc.

   Address 5301 Stevens Creek Blvd., Santa Clara, CA 95051

   Last four digits of SS# or Tax ID# 77-0518772

Please check the appropriate box.

   X   I am the creditor named above.

   ___ I hold an ownership interest of _____ % in the creditor and my ownership interest is that of _____ (e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

   ___ I am an employee of the creditor named above and my title is Litigation Legal Specialist .
I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

   ___ I am the legal representative for the creditor named above. I have a attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An **original** business card is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf of the creditor is attached if the claimant is not an officer of the company or corporation.

   ___ I am a successor in interest, or its legal representative (legal representatives must attach a power of attorney as described above) and I have attached documentation which establishes my right to make this claim. Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

\_\_\_ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

\_\_\_ None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On 04/17/09 , I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000.00, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

*I certify, under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.*

_____
Signature of Creditor/Claimant

Thuy B. Luu
_____
Typed or Printed Name

04/17/09
_____
Date

5301 Stevens Creek Blvd.
Santa Clara, CA 95051
_____
Address of Creditor/Claimant

(408) 553-2081
_____
Telephone Number of Creditor/Claimant

thuy_luu@agilent.com
_____
E-mail Address of Creditor/Claimant

NOTARY

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

~~1.~~
~~2.~~
~~3.~~
~~4.~~
~~5.~~
~~6.~~

Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 17th day of April, 2009, by

(1) Thuy Luu,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

~~(and)~~

(2) _____,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature *Gina Barreras*
    Signature of Notary Public

**GINA BARRERAS**
Commission # 1827593
Notary Public - California
Santa Clara County
My Comm. Expires Dec 20, 2012

Place Notary Seal Above

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: APPLICATION for unclaimed Dividends and Certificate of Service

Document Date: 4-20-09    Number of Pages: 2

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827