CAROL W. WU
25A CRESCENT DRIVE, SUITE 413
PLEASANT HILL, CA 94523
(408) 404-7039
Trustee in Bankruptcy


FILED
FEB - 5 2009
UNITED STATES BANKRUPTCY
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA - San Jose

In re:

PHOTONIKO, INC.

Debtor(s)

Case No. 03-57237ASW

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $10,976.78. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Technology Rentals & Services<br>c/o Steven Booska, Esq.<br>582 Market Street, 17th Floor<br>San Francisco, CA 94104 | $6,712.75 | $6,712.75 |
| 3 | High Density Design<br>11-880 Leathead Road<br>Kelowna, BC V1X2J8 | $2000.00 | $246.24 |
| 6 | Agilent<br>395 Page Mill Road<br>P.O. Box 10395<br>Palo Alto, CA 94303 | $26,919.50 | $3,314.31 |
| 7 | Ampro Systems<br>2271 Ringwood Avenue<br>San Jose, CA 95131 | $5,713.80 | $703.48 |

Dated: February 3, 2009

/s/ CAROL W. WU, Chapter 7 Trustee
Wu/8455/San Jose

Case: 03-57237   Doc# 50   Filed: 02/05/09   Entered: 02/11/09 07:36:50   Page 1 of 1

Case: 03-57237   Doc# 76   Filed: 08/18/11   Entered: 08/19/11 11:13:12   Page 1 of 8
Case: 03-57237   Doc# 78   Filed: 02/05/09   Entered: 08/22/11 14:24:30   Page 1 of 1